**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREAT WEST CASUALTY CO., a Nebraska Corporation, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | No. 1:23-cv-02178 |
| NATIONWIDE AGRIBUSINESS INSURANCE CO., an Iowa corporation, DEERPASS FARMS TRUCKING LLC 2, An Illinois limited liability company, ROBERT D. FISHER, and TIMOTHY A. BRENNAN, as Administrator of the Estate of Patrick J. Brennan, deceased, And CONSERV FS, INC., an Illinois corp. | ) ) ) ) ) ) ) ) ) ) | Hon. Matthew F. Kennelly<br><br>Hon. Maria Valdez |
| *Defendants.* | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(a)**

NOW COMES the Plaintiff, GREAT WEST CASUALTY CO. ("Great West"), by and through its attorney, Robert J. Franco of FRANCO MORONEY BUENIK, LLC and pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a), submits the following Notice of Dismissal:

PLEASE TAKE NOTICE: (*Check one*)

__ This action is dismissed by the Plaintiff(s) in its entirety.

__ The Counterclaim brought by Claimant(s) is dismissed by Claimant(s) in its entirety.

__ The Cross-Claim brought by Claimants(s) is dismissed by the Claimant(s) in its entirety.

__ The Third-party Claim brought by Claimant(s) is dismissed by the Claimant(s) in its entirety.

 X  **ONLY** Defendant(s) DEERPASS FARMS TRUCKING II, LLC and ROBERT D. FISHER is/are dismissed from (*check one*) X Complaint, __Counterclaim, __Cross-claim, __Third-Party Claim brought by Plaintiff GREAT WEST CASUALTY CO.

      The dismissal is made pursuant to F.R.Civ.P. 41(a).

Dated: May 30, 2023　　　　　　　　　　　　　　　　　**GREAT WEST CASUALTY CO.**

　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Robert J. Franco*_____
　　　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Robert J. Franco
FRANCO MORONEY BUENIK, LLC
500 W. Madison St., Suite 3900
Chicago, Illinois 60661
P: (312) 466-1000
robert.franco@francomoroney.com
ARDC No. 6187971

## **CERTIFICATE OF SERVICE**

      I, Robert J. Franco, an attorney, being first duly sworn on oath, depose and say that I filed a copy of the above document with the Clerk of the Court using the CM/ECF system, on May 30, 2023 and served the document upon all attorneys of record via email on May 30, 2023.

*Counsel for Timothy A. Brennan*
Richard L. Turner, Jr.
Turner Law Group
107 W. Exchange Street
Sycamore, IL 60178
rturner@turnerlaw.com
service@turnerlaw.com

*Counsel for Deerpass Farms Trucking LLC and Robert D. Fisher*
Kyle S. Blair
Kralovec & Marquard, Chtd.
55 Monroe Street, Suite 1000
Chicago, IL 60603
kyleblair@kraloveclaw.com

*Counsel for Nationwide Agribusiness Insurance Co.*
T. Allon Renfro
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
trenfro@smbtrials.com

                                                              /s/ *Robert J. Franco*
                                                      One of the Attorneys for Plaintiff,
                                                      Great West Casualty Co.

Robert J. Franco
FRANCO MORONEY BUENIK, LLC
500 W. Madison St., Suite 3900
Chicago, Illinois 60661
P: (312) 469-1000
robert.franco@francomoroney.com
(ARDC no. 6187971)