# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Great West Casualty Co.

                        Plaintiff,

v.                                     Case No.: 1:23−cv−02178

                                     Honorable Matthew F. Kennelly

Nationwide Agribusiness Insurance Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

        MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's claims against defendants Deerpass Farms Trucking, LLC and Robert D. Fisher are voluntarily dismissed without prejudice. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.