IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY CO., a Nebraska Corporation, | )<br>)<br>) |
| Plaintiff-Appellee, | ) No. 1:23-cv-02178<br>) |
| v. | ) Hon. Matthew J. Kennelly<br>) |
| NATIONWIDE AGRIBUSINESS INSURANCE CO., an Iowa corporation and CONSERV FS, INC., an Illinois Corporation, | ) Hon. Maria Valdez<br>)<br>)<br>)<br>) |
| Defendants – Appellants | )<br>) |
| and | )<br>) |
| TIMOTHY A. BRENNAN, as Administrator of the Estate of Patrick J. Brennan, deceased | )<br>)<br>)<br>) |
| Defendant. | |

## NOTICE OF APPEAL

Defendant-Appellants Nationwide Agribusiness Insurance Co., and Conserv FS, Inc., by and through its attorneys, Swanson, Martin & Bell, LLP, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the January 9, 2024 Memorandum Opinion and Order (Doc. 40), the January 22, 2024 Judgement Order (Doc. 43), and all orders which are part of the procedural progression of this case. By this appeal, Nationwide and Conserv respectfully

requests that summary judgment for Great West Casualty Co. be reversed, and that this matter be remanded for further proceedings consistent with that reversal.

Dated: February 16, 2024.

                                Respectfully submitted,

                                /s/ T. Allon Renfro
                                T. Allon Renfro
                                **SWANSON, MARTIN & BELL, LLP**
                                330 North Wabash, Suite 3300
                                Chicago, IL 60611
                                Phone: 312-321-9100
                                Fax: 312-321-0990
                                trenfro@smbtrials.com
                                ***Counsel for Nationwide Agribusiness Insurance Co. and Conserv FS, Inc.***

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, on oath, state that I filed the foregoing electronically and served it on counsel of record by service through the ECF electronic filing system on this 16th day of February, 2024.

*/s/ T. Allon Renfro*
***Counsel for Nationwide Agribusiness Insurance Co. and Conserv FS, Inc.***